Filing # 110554268 E-Filed 07/21/2020 01:16:39 PM

7/24/20
14735
4:00 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 50-2020-CA-006283-XXXX-MB

ANGELA HANNA,

    Plaintiff,

v.

DESIGNER BRANDS INC.,

    Defendant.

_____/

Served on 7/27/20
at 11:18 am by KAC
# 273

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of State:

YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint on the Defendant pursuant to F.S. 48.193 and 48.194:

    BY SERVING:    DESIGNER BRANDS INC.
                             CORPORATION SERVICE COMPANY
                             as registered agent for DESIGNER BRANDS INC
                             1201 HAYS STREET
                             TALLAHASSEE, FL 32301-2525

Each Defendant is required to serve written defenses to the Complaint or Petition on the Plaintiff's attorney, to wit: WOLFSON LAW FIRM, LLP, whose address is 3399 S.W. 3rd Avenue, Miami, FL 33145, Telephone number (305) 285-1115, within 20 days after service of this Summons on that Defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on the Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of this Court on   Jul 23 2020  , 20___.

                                                     SHARON R. BOCK
                                                     Clerk of said Court

                                                     By: _Lisa Spann_____

                                                  LISA SPANN, DEPUTY CLERK

EXHIBIT A

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 07/21/2020 01:16:39 PM

Filing # 110554268 E-Filed 07/21/2020 01:16:39 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 50-2020-CA-006283-XXXX-MB

ANGELA HANNA,

    Plaintiff,

v.

DESIGNER BRANDS INC.,

    Defendant.
_____/

Served on _____
at _____ by _____
# _____

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of State:

YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint on the Defendant pursuant to F.S. 48.193 and 48.194:

    BY SERVING:    DESIGNER BRANDS INC.
                             CORPORATION SERVICE COMPANY
                             as registered agent for DESIGNER BRANDS INC
                             1201 HAYS STREET
                             TALLAHASSEE, FL 32301-2525

Each Defendant is required to serve written defenses to the Complaint or Petition on the Plaintiff's attorney, to wit: WOLFSON LAW FIRM, LLP, whose address is 3399 S.W. 3rd Avenue, Miami, FL 33145, Telephone number (305) 285-1115, within 20 days after service of this Summons on that Defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on the Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of this Court on   Jul 23 2020  , 20___.

                                                     SHARON R. BOCK
                                                     Clerk of said Court

                                                     By: _Lisa Spann_
                                                     LISA SPANN, DEPUTY CLERK

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 07/21/2020 01:16:39 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 50-2020-CA-006283-XXXX-MB

ANGELA HANNA,

    Plaintiff,

v.

DESIGNER BRANDS INC.,

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, and hereby sues, Defendants and alleges as follows:

1. This is an action for damages in excess of thirty thousand ($30,000.00) dollars yet is uncertain whether it exceeds $75,000.

2. The Plaintiff is a resident of Palm Beach County and, at all times material hereto, was and is sui juris.

3. The Defendant is a Foreign Profit Corporation and is subject to the jurisdiction of this Court.

## COUNT I – NEGLIGENCE

4. The Plaintiff incorporates all of the allegations contained in Paragraphs 1-3 above as if fully set forth herein.

5. On or about August 11th, 2018, the Defendant owned, maintained, and/or operated the DSW located at or near the address of 1855 Palm Beach Lakes Blvd West Palm Beach, FL 33401 which is hereinafter referred to as "the premises".

6. At that time and place, the Plaintiff went onto said premises as a business invitee and thereupon was caused to be injured by slipping and falling due to an unsafe

bench because of the Defendant's negligent acts.

7. Defendant by or through its agents or servants (the negligence of which they are liable for), negligently caused Plaintiff to fall by performing or failing to perform one or more of the following acts:

A. By carelessly and negligently creating a dangerous condition to wit: a slipping and falling hazard to patrons who were ambulating on said premises, including, specifically, the Plaintiff; and

B. By carelessly and negligently failing to maintain the premises in a reasonably safe condition, Defendant created a dangerous condition to wit: a slipping and falling hazard to patrons who were ambulating on the aforesaid premises, including, specifically, the Plaintiff; and

C. By failing to correct a dangerous condition of which it knew or should have known by the use of reasonable care, to wit: a slipping hazard to patrons who were ambulating on said premises, including, specifically, the Plaintiff; and

D. By negligently failing to warn the Plaintiff of a dangerous condition (a slipping hazard to patrons who were ambulating on said premises) concerning which Defendant had, or should have had, greater knowledge than that of the Plaintiff.

E. By allowing a condition to exists with such regularity that it can be inferred that they knew or should have known of its existence.

8. As a direct and proximate result of Defendant's commission of one or more of the negligent acts or omissions set forth above in 7(A-E), as aforesaid, the Plaintiff, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental

anguish, aggravation and/or acceleration of pre-existing condition(s), loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money in the past and in the future. The losses are either permanent or continuing in nature and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff demands judgment for damages against the Defendant costs of this action, and such other further equitable and legal relief as this Court may deem appropriate, and furthermore demand trial by jury of all issues so triable as of right by jury.

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served together with a Request for Production, Interrogatories, and Summons.

          WOLFSON LAW FIRM, LLP
          Attorneys for Plaintiff
          3399 S.W. 3rd Avenue
          Miami, FL 33145
          Telephone (305) 285-1115
          Facsimile (305) 285-1608
          eservice3@wolfsonlawfirm.com

          /s/ Frances Faccidomo
By: _____
FRANCES FACCIDOMO ESQ.
FLA BAR NO. 653659
JONAH M. WOLFSON, ESQ.
FLA. BAR NO. 498130

## RETURN OF SERVICE

**State of Florida**  **County of Palm Beach**  **Circuit Court**

Case Number: 50-2020-CA-006283-XXXX

Plaintiff:
MB

**ANGELA HANNA**

vs.

Defendant:
**DESIGNER BRANDS INC.,**

For:
Wolfson Law Firm, L.L.P.
339 S. W. 3rd Avenue
Miami, FL 33145

Received by 60 Minute Courier & Process Server Inc. on the **25th day of** July, 2020 at 6:17 pm to be served on **Designer Brands Inc.,, C/O Corporation Service Company, As Registered Agent, 1201 Hays Street, Tallahassee, FL 32301.**

I, Kathleen Conway, do hereby affirm that on the **27th day of July, 2020** at **11:18 am,** I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Civil Action Summons, complaint, Notice of Compliance with Florida Rule of Civil Procedure 2.516 and Designation of Email Address(es), Notice of Service of Plaintiff's First Set of Interrogatories to Defendant, Plaintiff's Request for Copies, Request for Production to Defendant** with the date and hour of service endorsed thereon by me, to: **Sheena Kruse,S.O.P Clerk** as authorized employee of Registered Agent for **Designer Brands Inc.,,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. 48.081 (3) (a)

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'3", Weight: 125, Hair: BROWN, Glasses: N

## RETURN OF SERVICE For 50-2020-CA-006283-XXXX

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).



**Kathleen Conway**

60 Minute Courier & Process Server Inc.
Jose Daniel
2600 Sw 27th Ave. #903
Coconut Grove, FL 33133
(786) 285-2807

Our Job Serial Number: GPI-2020000741
Ref: 50-2020-CA-006283-XXXX

Filing # 111091717 E-Filed 07/31/2020 11:06:17 AM

97277-7

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

ANGELA HANNA,   CIRCUIT CIVIL DIVISION

    Plaintiff,   CASE NO. 50-2020-CA-006283-XXXX-MB

vs.

DESIGNER BRANDS, INC.,

    Defendant.
_____/

**NOTICE OF APPEARANCE/DESIGNATION OF EMAIL ADDRESSES**

PLEASE take notice that Jason A. Glusman, Esquire of the law firm of WICKER SMITH O'HARA MCCOY & FORD, P.A., enters an appearance in the above-styled case on behalf of Defendant, Designer Brands, Inc.

Further, undersigned counsel hereby designates, pursuant to Rule 2.516, the following e-mail addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

| | |
|---|---|
| Primary E-Mail Address: | ftlcrtpleadings@wickersmith.com |
| Secondary E-Mail address: | jglusman@wickersmith.com |
| | celliott@wickersmith.com |

CASE NO. 50-2020-CA-006283-XXXX-MB

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Frances Faccidomo, Esquire, ffaccidomo@wolfsonlawfirm.com; eservice3@wolfsonlawfirm.com; on this 31st day of July, 2020.

/s/ <u>Jason A. Glusman</u>
Jason A. Glusman, Esquire
Florida Bar No. 0419400
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Designer Brands, Inc.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com

2