97277-7

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

ANGELA HANNA,                                             CIRCUIT CIVIL DIVISION

  Plaintiff,                                             CASE NO. 50-2020-CA-006283-XXXX-MB

vs.

DESIGNER BRANDS, INC.,

  Defendant.
_____/

**DEFENDANT, DESIGNER BRANDS, INC.'S, NOTICE OF FILING**
<u>**NOTICE OF REMOVAL**</u>

PLEASE TAKE NOTICE that a Notice of Removal in the above-styled cause of action was duly filed with the Clerk of the United States District Court for the Southern District of Florida on August 26th, 2020. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and is being filed herewith pursuant to 28 U.S.C. §§1332 and 1441(b), which provides that upon removal "the state court shall proceed no further unless and until the case is remanded."

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Frances Faccidomo, Esquire, ffaccidomo@wolfsonlawfirm.com; eservice3@wolfsonlawfirm.com; on this 26th day of August, 2020.

                                                    */s/ William M. Bromley*
                                                  William M. Bromley, Esquire
                                                  Florida Bar No. 123502
                                                  WICKER SMITH O'HARA MCCOY & FORD, P.A.
                                                  Attorneys for Designer Brands, Inc.
                                                  515 E. Las Olas Boulevard
                                                  SunTrust Center, Suite 1400
                                                  Ft. Lauderdale, FL 33301
                                                  Phone: (954) 847-4800
                                                  Fax: (954) 760-9353
                                                  ftlcrtpleadings@wickersmith.com

**EXHIBIT D**